FILED by EG D.C.

ELECTRONIC

Oct 14 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| THE FULTON COUNTY ADMINISTRATOR FOR THE ESTATE OF LITA McCLINTON SULLIVAN, | * * * |
| Plaintiff, | * |
| Vs. | C.A. NO. 3-80849-Civ-MIDDLEBROOKS * |
| MICHAEL BLANK and JULIUS BAER BANK, LTD., | * * |
| Defendants. | * |

## SUGGESTION OF BANKRUPTCY

TO: The Court, the Clerk, and all Parties

This is to give notice that on October 1, 2004 an involuntary bankruptcy case was commenced against James Vincent Sullivan in the United States Bankruptcy Court for the Northern District of Georgia, Case No. 04-76174. Pursuant to 11 U.S.C. §§ 303 and 362(a)(1) through (8) the filing of the involuntary bankruptcy petition operates as an automatic stay of proceedings relating to Sullivan or property of Sullivan's estate. Pursuant to 28 U.S.C. § 1334 the bankruptcy court unit of the United States District Court for the Northern District of Georgia has exclusive jurisdiction of all

1

property, wherever located, of Sullivan, as of the commencement of the bankruptcy case, and property of Sullivan's estate.

This \_\_\_ day of October 2004.

                                               Attorneys for Plaintiff:

                                               BOONE & STONE

                                       By: S/ David Wm. Boone
                                              David Wm. Boone
                                              Florida State Bar No. 259081

3166 Mathieson Drive
Atlanta, Georgia  30305
TEL   404/239-0305
FAX  404/239-0520
Email address:  david.boone@dwboonelaw.net

                                              William S. Stone
                                              Georgia State Bar No. 684636

P. O. Drawer 70
Blakely, Georgia 39823
TEL   229/723-3045
FAX  229/723-4834
Email address:  billstone@stonelaw.com

                                              John B. (Brad) Moores
                                              Florida State Bar No. 364-789

506 Datura St., Suite B
West Palm Beach, FL 33401
TEL   561/659-6500
FAX  561/659-5493
Email address:  JBMoores@msn.com

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing upon all parties and their counsel by depositing the same in the United States mail in an envelope with sufficient postage attached thereto properly addressed to the following persons:

Jane W. Moscowitz
MOSCOWITZ MOSCOWITZ & MAGOLNICK, P.A.
Mellon Financial Center
1111 Brickell Avenue, Suite 2050
Miami, Florida 33131
TEL 305/379-8300
FAX 305/379-4404
jmoscowitz@mmmpa.com

Danforth Newcomb
Margaret A. Helen Macfarlane
Kiera S. Gans
SHEARMAN & STERLING, LLP
599 Lexington Ave.
New York, NY 10022
TEL 212/848-4000
FAX 212/848-7179
kiera.gans@shearman.com

Barry Wm. Levine
Leon B. Kellner
Adam Proujansky
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L St. NW
Washington, DC 20037
TEL 202/785-9700
FAX 202/887-0689

Brian B. Joslyn
BOOSE CASEY CIKLIN LUBITZ
 MARTENS McBANE & O'CONNELL

3

515 North Flagler Drive
18th Floor
West Palm Beach, FL  33401

This 11th day of October 2004.

S/ William S. Stone

4