UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80849-CIV-MIDDLEBROOKS/JOHNSON

THE FULTON COUNTY ADMINISTRATOR
FOR THE ESTATE OF LITA McCLINTON
SULLIVAN,

    Plaintiff,

vs.

MICHAEL BLANK
and JULIUS BAER BANK, LTD.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss the Second Amended Complaint (DE 100), filed July 13, 2004. The matter was referred to the Honorable United States Magistrate Judge Linnea R. Johnson. A Report & Recommendation dated October 4, 2004 has been filed recommending that Defendants' Motion to Dismiss be granted.

The Court has conducted a de novo review of the record. Further, the Court has reviewed Plaintiff's Objections to the Magistrate's Report (DE 108), filed October 11, 2004; Plaintiff's Suggestion of Bankruptcy of James Vincent Sullivan (DE 109), filed October 14, 2004; and Defendants' Response to Plaintiff's Objections to the Report (DE 110), filed October 20, 2004.

For the reasons stated in the Report of the Magistrate Judge and upon independent review

1

of the file, the Court hereby adopts the findings and conclusions of the Magistrate Judge.[1]

The Court further finds that the Suggestion of Bankruptcy regarding James Vincent Sullivan has no effect on the instant proceeding. Title 11 of the United States Code, Section 362 provides for an automatic stay of certain proceedings against debtors. 11 U.S.C. 362(a). James Vincent Sullivan is not a party to this action. An automatic stay, which is intended to protect the debtor and is not generally available to third-parties, is not triggered or otherwise warranted in this case. *See In re Sunbeam Securities Litigation*, 261 B.R. 534, 536-537 (S.D.Fla. 2001).

Accordingly, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge Johnson's Report & Recommendation dated October 4, 2004 is hereby RATIFIED, ADOPTED and APPROVED in its entirety; it is further

ORDERED AND ADJUDGED that Defendants' Motion to Dismiss the Second Amended Complaint (DE 100) is GRANTED; it is further

ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint (DE 98) is DISMISSED WITH PREJUDICE and without leave to amend. The Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.

---

[1] The Court notes that in her two-paragraph objections to this Report, Plaintiff merely asserts that the Magistrate Judge's findings of fact and conclusions of law are "erroneous." Objections ¶¶ 1-2. Plaintiff fails to identify any particular objection to any portion of the Report.
While Plaintiff also "re-assert[s]" her objections to the Magistrate Judge's initial Report and Recommendation, those have no bearing here. That Report, which was adopted by this Court on June 17, 2004 (DE 97) recommended dismissing nine of Plaintiff's ten claims in her first Amended Complaint and allowing the tenth claim, the only claim at issue here, to be re-pled. Plaintiff, therefore, did not at that time raise objections related to the claim now before the Court.

DONE AND ORDERED in Chambers at _____WPB_____, Florida, this 23 day of December, 2004.

*(signature)*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Magistrate Judge Johnson
All counsel of record