# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 19, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 05-10190-II**
Case Style: Fulton Co. Administration v. Michael A. Blank
District Court Number: 03-80849 CV-DMM

FILED by D.C.
RECORDS
SEP 2 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following: (Copies 3vocs of plds)
    Original record on appeal or review, consisting of: three volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (03-2004)

# United States Court of Appeals
For the Eleventh Circuit

No. 05-10190

District Court Docket No.
03-80849-CV-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 19, 2005

THOMAS K. KAHN
CLERK

FULTON COUNTY ADMINISTRATION,
for the Estate of Lita McClinton Sullivan,

Plaintiff-Appellant,

versus

MICHAEL A. BLANK, a Florida Resident,
JULIUS BAER BANK & COMPANY,
JULIUS BAER BANK, LTD.,

Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Southern District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered:     August 19, 2005
For the Court:  Thomas K. Kahn, Clerk
By:   Jackson, Jarvis



ISSUED AS MANDATE
SEP 1 9 2005
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-10190
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-80849-CV-DMM

FULTON COUNTY ADMINISTRATION,
for the Estate of Lita McClinton Sullivan,

Plaintiff-Appellant,

versus

MICHAEL A. BLANK, a Florida resident,
JULIUS BAER BANK & COMPANY, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida

(August 19, 2005)

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

The administrator for the Estate of Lita McClinton Sullivan ("Sullivan") appeals the judgment of the district court dismissing with prejudice counts one through nine of the Amended Complaint and count ten of the Second Amended Complaint. Having considered the briefs, and relevant parts of the record, we agree with the district court that counts one through eight should be dismissed for failure to allege facts stating a RICO claim. We also conclude that the district court properly dismissed Sullivan's count nine claim for fraudulent transfer. *See Freeman v. First Union Nat'l Bank*, 865 So. 2d 1272 (Fla. 2004). Finally, we agree with the district court that Sullivan has not stated claims for unjust enrichment or implied contract in count ten. The judgment of the district court is, therefore,

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia